Mary J. Shea (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel:  510-208-4422
Fax: 415-520-9407
Email:  mary@shealaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND-SAN FRANCISCO

| | |
|---|---|
| JEFFREY A. AMES and SASHA M. D'AMICO<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF NOVATO; LT. OLIVER COLLINS; and DOES 1-10.<br><br>　　　　　Defendants. | Case No.: 3:16-cv-02590-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE. HEARING AND BRIEFING RE DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO SEVER**<br><br>Complaint Filed:  May 13, 2016<br>Judge: Hon. Jon S. Tigar<br>Courtroom:  9 |

　　　　WHEREAS, on July 5, 2016, Defendants City of Novato and Lt. Oliver Collins filed a Motion to Dismiss Portions of Plaintiffs' First Amended Complaint to be heard on August 18, 2016.

　　　　WHEREAS, on July 6, 2016, the Court scheduled a Case Management Conference for September 14, 2016.

　　　　WHEREAS, on July 14, 2016, Defendants filed a Motion to Sever Plaintiff D'Amico's Claims into a Separate Action to be heard on August 18, 2016.

- 1 -
_____
STIPULATION RE. BRIEFING AND HEARING ON MOTIONS

WHEREAS Plaintiff's counsel was recently diagnosed with a serious medical condition and will withdraw from the case upon substitution of counsel.

Plaintiffs and Defendants, by and through their counsel, hereby agree and stipulate that the hearing on Defendants' Motion to Dismiss Portions of Plaintiffs' First Amended Complaint and Motion to Sever Plaintiff D'Amico's Claims into Separate Action may be continued to September 1, 2016 at 2:00 p.m.

Oppositions to be filed and served on August 11, 2016.

Replies to be filed and served on August 18, 2016.

IT IS SO STIPULATED

Dated: July 18, 2016              SHEA LAW OFFICES

                                  */s/ Mary J. Shea*
                                  By: _____
                                  Mary. J. Shea, Attorney for Plaintiffs

Dated: July 18, 2016              LIEBERT CASSIDY WHITMORE

                                  */s/ Suzanne Solomon*
                                  By: _____
                                  Suzanne Solomon, Attorney for Defendants

### ORDER

Pursuant to the parties' stipulation, it is hereby ordered that the hearings on Defendants' Motion to Dismiss Portions of Plaintiffs' First Amended Complaint and Motion to Sever Plaintiff D'Amico's Claims into Separate Action shall be continued to September 1, 2016 at 2:00 p.m.

Oppositions shall be filed and served on August 11, 2016.

Replies shall be filed and served on August 18, 2016.

IT IS SO ORDERED

Dated: July 19, 2016

                                  By: _____
                                  The Hon. Jon S. Tigar

- 2 -

STIPULATION RE. BRIEFING AND HEARING ON MOTIONS