Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
Arlin Kachalia, Bar No. 193752
akachalia@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:     415.856.0306

Attorneys for Defendants CITY OF NOVATO
and LT. OLIVER COLLINS

Mary J. Shea, Bar No. 113222
mary@shealaw.com
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, California 94612
Telephone:    510.208.4422
Facsimile:     415.520.9407

Attorneys for Plaintiffs JEFFREY A. AMES and
SASHA M. D'AMICO

Fulvio F. Cajina, Bar No. 289126
fulvio@cajinalaw.com
LAW OFFICE OF FULVIO F. CAJINA
311 Oak Street, Suite 108
Oakland, California 94607
Telephone:    415.601.0779
Facsimile:     510.444.5108

Attorneys for Plaintiffs JEFFREY A. AMES and
SASHA M. D'AMICO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| JEFFREY A. AMES and SASHA M. D'AMICO, | Case No.: 3:16-cv-02590-JST |
|---|---|
| Plaintiffs, | Complaint Filed: May 13, 2016<br>FAC Filed: May 16, 2016 |
| v. | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, ADR STIPULATION/NOTICE FOR PHONE CONFERENCE DEADLINE, AND RELATED DATES** |
| CITY OF NOVATO; LT. OLIVER COLLINS; and DOES 1-10, | |
| Defendants. | |

7905168.2  NO029-023

3:16-cv-02590-JST

STIPULATION AND ORDER TO CONTINUE CMC AND RELATED DATES

Plaintiffs Jeffrey Ames and Sasha D'Amico ("Plaintiffs") and Defendants City of Novato and Oliver Collins (collectively, "Defendants") by and through their respective counsel of record, hereby stipulate as follows for consideration and approval by the Court:

A. WHEREAS, Plaintiffs filed a First Amended Complaint for Damages on May 16, 2016, and served Defendants on May 20, 2016;

B. WHEREAS, on May 31, 2016, the parties agreed and stipulated to extending Defendants' time to respond to Plaintiffs' First Amended Complaint from June 10, 2016, to July 6, 2016;

C. WHEREAS, on July 6, 2016, Defendants City of Novato and Lt. Oliver Collins filed a Motion to Dismiss Portions of Plaintiffs' First Amended Complaint;

D. WHEREAS, on July 6, 2016, the Court scheduled a Case Management Conference for September 14, 2016. The parties' Case Management Conference Statement is due September 7, 2016;

E. WHEREAS, on July 14, 2016, Defendants City of Novato and Lt. Oliver Collins filed a Motion to Sever Plaintiff D'Amico's Claims into a Separate Action;

F. WHEREAS, on July 19, 2016, the parties agreed and stipulated, and this Court approved, that the hearing on Defendants' Motion to Dismiss Portions of Plaintiffs' First Amended Complaint and Motion to Sever Plaintiff D'Amico's Claims into Separate Action be continued to September 1, 2016, at 2:00 p.m. and to extend briefing dates. This stipulation was necessitated by Plaintiff's counsel Mary Shea's stated intention to withdraw from the case due to a serious medical condition;

G. WHEREAS, Fulvio Cajina associated in as co-counsel for Plaintiffs on August 10, 2016;

H. WHEREAS, the hearing on Defendants' Motion to Sever is on calendar for September 1, 2016;

I. WHEREAS, the court vacated the September 1, 2016, hearing set for Defendants' Motion to Dismiss, and will be issuing a decision without oral argument; and

NOW THEREFORE, the Plaintiffs and Defendants stipulate, by and through their counsel

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

and pursuant to Court approval, that:

1. That in the interest of justice and to minimize litigation costs, and because the decisions of the Defendants' Motion to Sever and Motion to Dismiss are pending, the parties request that this Court continue the Case Management Conference from September 14, 2016, in Courtroom 9 of the above-entitled Court, to Wednesday, October 12, 2016.

2. No party will be prejudiced by a continuance of the Case Management Conference by 30 days from September 14, 2016, to Wednesday, October 12, 2016.  The parties further stipulate that a joint case management statement must be filed five court days in advance of the continued case management conference, on or before October 4, 2016.

3. The parties agree: (a) to conduct the FRCP 26(f) conference on or before September 14, 2016, and (b) to complete initial disclosures and file the FRCP 26(f) report on or before October 4, 2016.

4. The parties agree to extend the deadline for filing either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference, to September 14, 2016.

5. The parties agree that discovery may commence as of October 4, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  August 31, 2016                                LIEBERT CASSIDY WHITMORE

                                                       By:  /S/ SUZANNE SOLOMON
                                                            Suzanne Solomon
                                                            Arlin Kachalia
                                                            Attorneys for Defendants CITY OF
                                                            NOVATO and LT. OLIVER COLLINS

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

Dated: August 31, 2016                                    THE SHEA LAW OFFICES

                                                          By:   /S/ MARY J. SHEA
                                                                Mary J. Shea
                                                                Attorneys for Plaintiffs JEFFREY A.
                                                                AMES and SASHA M. D'AMICO


Dated: August 31, 2016                                    LAW OFFICE OF FULVIO F. CAJINA

                                                          By:   /S/ FULVIO J. CAJINA
                                                                Fulvio J. Cajina
                                                                Attorneys for Plaintiffs JEFFREY A.
                                                                AMES and SASHA M. D'AMICO


### [~~PROPOSED~~] ORDER

1. The Case Management Conference is continued from September 14, 2016, to October 19, 2016 ~~October 12, 2016~~ at 2:00 p.m. in Courtroom 9 of the above-entitled Court.

2. The parties' joint case management statement must be filed five court days in advance of the continued case management conference, on or before October 11, 2016 ~~October 4, 2016.~~

3. The parties shall a) conduct the FRCP 26(f) conference on or before September 14, 2016, and b) complete initial disclosures and file the FRCP 26(f) report on or before October 4, 2016.

4. The parties' deadline for filing either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference, is extended to September 14, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   August 31, 2016                                  _____
                                                          The Honorable Jon S. Tigar
                                                          United States District Judge