# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey A. Ames and Sasha M. D'Amico , <br><br>          Plaintiff(s) <br><br> v. <br><br> City of Novato and Lt. Oliver Collins , <br><br>          Defendant(s) | CASE No C 3:16-cv-02590-~~JSC~~ JST <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☐ other requested deadline:

Date:  9/14/2016          /S/ Fulvio Cajina
                         Attorney for Plaintiffs

Date:  9/14/2016          /S/ Suzanne Solomon
                         Attorney for Defendants

[X] IT IS SO ORDERED
[ ] IT IS SO ORDERED WITH MODIFICATIONS:

Date:  September 19, 2016

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*

