1  Suzanne Solomon, Bar No. 169005
   ssolomon@lcwlegal.com
2  Arlin Kachalia, Bar No. 193752
   akachalia@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  135 Main Street, 7th Floor
   San Francisco, California 94105
5  Telephone:     415.512.3000
   Facsimile:     415.856.0306
6
    Attorneys for Defendants CITY OF NOVATO
7    and LT. OLIVER COLLINS

8  Mary Shea Hagebols, Bar No. 113222
   mary@shelaw.com
9  SHEA LAW OFFICES
   1814 Franklin Street, Suite 800
10 Oakland, CA  94612
   Telephone:    510.208.4422
11 Facsimile:     510.520.9407

12 Attorneys for Plaintiffs JEFFREY A. AMES
   and SASHA M. D'AMICO
13

14 Fulvio F. Cajina, Bar No. 289126
   fulvio@cajinalaw.com
15 311 Oak Street, Suite 108
   Oakland, CA  94607
16 Telephone:     415.601.0779
   Facsimile:     510.225.2636
17 Attorney for Plaintiffs JEFFREY A. AMES
   and SASHA M. D'AMICO
18

19              UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

21

22 | JEFFREY A. AMES and SASHA M. D'AMICO, | Case No.:  3:16-cv-02590-JST |
   |---|---|
23 | Plaintiffs, | Complaint Filed: May 13, 2016<br>FAC Filed: May 16, 2016 |
24 | v. | **STIPULATION AND [~~PROPOSED~~] ORDER** |
25 | CITY OF NOVATO; LT. OLIVER COLLINS, et al., | **TO CONTINUE THE DEADLINE FOR COMPLETION OF ADR PROCESS** |
26 | Defendants. | |

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

1    Plaintiffs Jeffrey Ames and Sasha D'Amico ("Plaintiffs") and Defendants City of Novato

2    and Lt. Oliver Collins (collectively, "Defendants"), by and through their respective counsel of

3    record, hereby stipulate as follows for consideration and approval by the Court:

4    A.   WHEREAS, Plaintiffs filed a First Amended Complaint for Damages on May 16,

5         2016 and served Defendants on May 20, 2016;

6    B.   WHEREAS, on May 31, 2016, the parties agreed and stipulated to extending

7         Defendants' time to respond to Plaintiffs' First Amended Complaint from June 10,

8         2016 to July 6, 2016;

9    C.   WHEREAS, on July 6, 2016, Defendants City of Novato and Lt. Oliver Collins filed a

10        Motion to Dismiss Portions of Plaintiffs' First Amended Complaint;

11   D.   WHEREAS, on July 6, 2016, the Court scheduled a Case Management Conference for

12        September 14, 2016.

13   E.   WHEREAS, on July 14, 2016, Defendants City of Novato and Lt. Oliver Collins filed

14        a Motion to Sever Plaintiff D'Amico's Claims into a Separate Action;

15   F.   WHEREAS, on July 19, 2016, the parties agreed and stipulated, and this Court

16        approved, that the hearing on Defendants' Motion to Dismiss Portions of Plaintiffs'

17        First Amended Complaint and Motion to Sever Plaintiff D'Amico's Claims into

18        Separate Action be continued to September 1, 2016 at 2:00 p.m. and to extend briefing

19        dates.;

20   G.   WHEREAS, Fulvio Cajina associated in as co-counsel for Plaintiffs on August 10,

21        2016;

22   H.   WHEREAS, on August 31, 2016, the parties agreed and stipulated, and this Court

23        approved, to continue the case management conference, the deadline for filing the

24        ADR stipulation/notice for phone conference, and related dates;

25   I.    WHEREAS, on September 14, 2016, the parties agreed and stipulated to Mediation as

26        their preferred ADR process;

27   J.   WHEREAS, on September 19, 2016, this Court approved, and ordered, completion of

28        Mediation within 90 days of the order, or by December 19, 2016;

LIEBERT  CASSIDY  WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

K.  WHEREAS, the parties appeared before the Court at the October 19, 2016, case management conference, and represented to the court that they have agreed to use a private mediator who is not available until March 2017.  This Court approved the parties' filing of this stipulation to extend the mediation deadline.

NOW THEREFORE, the Plaintiffs and Defendants stipulate, by and through their counsel and pursuant to Court approval, that:

1.  The continued deadline to complete ADR (mediation) in this matter is on or before March 31, 2017.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  October 24, 2016                    LIEBERT CASSIDY WHITMORE

                                                      By:  /s/ Suzanne Solomon
                                                              Suzanne Solomon
                                                              Arlin Kachalia
                                                              Attorneys for Defendants CITY OF NOVATO
                                                              and LT. OLIVER COLLINS

Dated:  October 24, 2016                    SHEA LAW OFFICES

                                                      By:  /s/ Mary Shea Hagebols
                                                              Mary Shea Hagebols
                                                              Attorneys for Plaintiffs JEFFREY A. AMES
                                                              and SASHA M. D'AMICO

Dated:  October 24, 2016                    LAW OFFICE OF FULVIO F. CAJINA

                                                      By:  /s/ Fulvio F. Cajina
                                                              Fulvio F. Cajina
                                                              Attorneys for Plaintiffs JEFFREY A. AMES
                                                              and SASHA M. D'AMICO

### [PROPOSED] ORDER

1.      The parties have agreed to private mediation, and shall to hold the ADR session on or before March 31, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 24, 2016

                                                      _____
                                                      The Honorable Jon S. Tigar
                                                      United States District Judge

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105